# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1261
_____

Stacy K. Arnold

*Plaintiff - Appellant*

v.

City of St. Joseph, Missouri; St. Joseph Public Library; Officer Rebecca Hailey, In
her personal and professional capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph
_____

Submitted: September 14, 2021
Filed: September 17, 2021
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Stacy Arnold appeals after the district court[1]
dismissed some of her claims and adversely granted summary judgment as to her

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the
Western District of Missouri.

remaining claims. After careful review of the record and the parties' arguments on appeal, we conclude the district court properly determined Arnold lacked standing as to her claims for declaratory and injunctive relief, *see Buckler v. United States*, 919 F.3d 1038, 1044 (8th Cir. 2019) (reviewing de novo grant of motion to dismiss under Fed. R. Civ. P. 12(b)(1)); *City of Kennett v. EPA*, 887 F.3d 424, 430 (8th Cir. 2018) (reviewing de novo standing determination on summary judgment); and properly granted summary judgment as to her claims for damages, *see McReynolds v. Schmidli*, 4 F.4th 648, 652 (8th Cir. 2021) (reviewing de novo grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____